

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00408-CV

**IN THE INTEREST OF M.C.L.**, K.R.L., and M.C.L., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01348
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant Father because he is indigent.

SIGNED November 29, 2017.

Marialyn Barnard, Justice